UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALICE M. PIDGEON

VERSUS

EAST BATON ROUGE SHERIFF'S OFFICE

CIVIL ACTION

NO. 17-342-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated August 21, 2017 (R. Doc. 10) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, Plaintiff's Motion to Remand (R. Doc. 2) is GRANTED, and the action is REMANDED to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana. Further, the parties shall bear their own costs incurred as a result of the instant removal.

Signed in Baton Rouge, Louisiana, on September 11, 2017.

**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**